Julius H. Adkinson, appellee, v. Henry A. Dirksen and Anthony Dirksen, partners, trading as Dirksen Candy Company, appellants. Gen. No. 7,588.

Suit for personal injuries sustained by collision between defendants' motor truck and service car in which plaintiff was riding. Judgment for plaintiff for $900. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 26, 1923.

George B. Gillespie, for appellants; George M. Gillespie and Thomas E. Gillespie, of counsel. William E. Fain, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.